

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Mark Dewayne Mitchell, Appellant

No. 06-19-00229-CR      v.

The State of Texas, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. CR17-00160). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment of the trial court (1) to reflect that Mitchell pled "not guilty" to the offense, (2) by deleting any reference to a second punishment enhancement allegation, (3) by deleting the section of the judgment labelled "Terms of Plea Bargain," and (4) by reflecting that Mitchell was convicted of a third-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Mark Dewayne Mitchell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 30, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk